IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DALTON DYER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>05-1004-T/P</u> |
| | ) | |
| SUSAN WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR
### LEAVE TO FILE AMENDED COMPLAINT

Before the court is Plaintiffs' Motion for Leave to File Amended Complaint, filed August 31, 2005 (Dkt #42). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The defendants have not filed a response and the time for filing a response to plaintiffs' motion for leave to file amended complaint has passed. Therefore, the motion is GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 27, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  9/30/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:05-CV-01004 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
312 E. Lafayette
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT