IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DALTON DYER, et al.,

    Plaintiffs,

VS.                              No. 05-1004-T-P

SUSAN WALLACE, et al.,

    Defendants.

### ORDER OF REFERENCE

Defendant Henderson County Board of Education's Motion for Protective Order and In Camera Inspection and Request for Expedited Hearing are hereby referred to United States Magistrate Judge Tu Pham for disposition.

IT IS SO ORDERED.

                                             _James D. Todd_
                                             JAMES D. TODD
                                             UNITED STATES DISTRICT JUDGE

                                             _1 November 2005_
                                             DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  11/2/05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:05-CV-01004 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
312 E. Lafayette
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT